## CROOKE v. THE BOARD OF COMMISSIONERS OF DAVIESS COUNTY.

TAX.—*Railroad.*—*Notice.*—*Appropriation.*—The notice given by the auditor of the county under the act of May 12th, 1869, authorizing counties and townships to aid in the construction of railroads, must specify the sum to be appropriated; otherwise the election and all subsequent proceedings will be void.

APPEAL from the Daviess Circuit Court.

DOWNEY, J.—This was a complaint by Crooke against the appellees to enjoin them from levying a tax under the act of May 12th, 1869, authorizing counties and townships to aid in the construction of railroads, etc. The circuit court refused the injunction. We think it should have granted it. Section three of the act requires that the notice given to the voters, by the auditor, of the election, shall specify the amount to be appropriated. The notice in this instance was defec-

tive in not giving this information. As this defect renders the election and all subsequent proceedings under it illegal, we will not examine any of the other questions made.

The judgment is reversed, with costs, and the cause remanded.

*T. R. Cobb, J. M. Van Trees,* and *N. F. Malott,* for appellant.

*J. W. Burton, S. H. Taylor,* and *J. H. O'Neall,* for appellees.